IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01225-RPM

DOMINIC PASQUALE,

    Plaintiff,

v.

CITY OF DENVER;
OFFICER MICHAEL SPARKS,
OFFICER PEYROUSE,
OFFICER NICK ARMBRUST,
OFFICER DAMIEN JONES,
OFFICER RYAN KITZMAN,
SARGENT BRET GAREGNANI, in their individual and official capacity,

    Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **October 30, 2012, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 25, 2012.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

    Dated: September 12th, 2012

                                        BY THE COURT:
                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge