IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01225-RPM

DOMINIC PASQUALE,

    Plaintiff,

v.

OFFICER MICHAEL SPARKS,
OFFICER PEYROUSE,
OFFICER NICK ARMBRUST,
SARGENT BRET GAREGNANI, in their individual and official capacity,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Pursuant to the Unopposed Motion to Vacate Motion to Compel Hearing [28], Defendants' motion to compel [23] is withdrawn and the May 22, 2013, hearing is vacated.

DATED: May 22, 2013