IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01225-RPM

DOMINIC PASQUALE,

    Plaintiff,

v.

OFFICER MICHAEL SPARKS,
OFFICER PEYROUSE,
OFFICER NICK ARMBRUST,
SARGENT BRET GAREGNANI, in their individual and official capacity,

    Defendants.
_____

ORDER RESCHEDULING PRETRIAL CONFERENCE
_____

    The Court having determined that a pretrial conference should now be scheduled, it is

    ORDERED that a pretrial conference is scheduled for **September 30, 2013, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **September 26, 2013.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

    Dated: August 12th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge