**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:             January 24, 2014
Courtroom Deputy: J. Chris Smith
FTR Technician:   Bernique Abiakam

___

Civil Action No. 12-cv-01225-RPM

| | |
|---|---|
| DOMINIC PASQUALE, | Kevin C. Flesch |
| Plaintiff, | |
| v. | |
| OFFICER MICHAEL SPARKS, | Wendy J. Shea |
| OFFICER PEYROUSE, | Olympia Z. Fay |
| OFFICER NICK ARMBRUST, and | Cody Bourke |
| SARGENT BRET GAREGNANI, in their individual and official capacity, | |
| Defendants. | |

___

## COURTROOM MINUTES
___

**Trial Preparation Conference**

**10:54 a.m.      Court in session.**

Ms. Shea states recent publicity concerning the Denver Sheriff Department are not related to the issues in this case.

Mr. Flesch identifies plaintiff's trial witnesses: Mr. Pasquale, Hillary Reed, Dr. Lindberg, and Dr. Reilly.

Ms. Fay identifies defendants' witnesses: Officer Sparks, Officer Peyrouse, OfficerArmbrust, Sergeant Garegnani, Sergeant Duffy, Deputy Kitzman, Ms. Zimmer, R.N., Dr. Cushing, Captain Gutierrez, and Captain Kafati.

Mr. Flesch states missing money while in detention is not a trial issue.

Discussion regarding defendants' motion in limine (IAB and EOB statements).
Counsel agree to confer regarding issues concerning EOB statements.

**ORDERED:    Defendants' Motion in Limine [47],is resolved as stated on record.**

Court and counsel agree that facts surrounding the underlying arrest (head butt-assault(deferred judgment) are permissible evidence relevant to a head injury claim by plaintiff.

January 24, 2014
12-cv-01225-RPM

Counsel state defendant Sparks is currently employed by Denver Waste Water Department and defendant Armbrust works in the records department.

Court states its trial practices and procedures.

Court agrees to question jurors regarding military service (Iraq/Desert Storm).

**ORDERED:** **Proposed voir dire and substantive jury instructions due by 4:00 p.m. January 29, 2014, directly to chambers in paper format.**
**Counsel to notify the Court by January 28, 2014 if they intend to settle this case.**

**11:25 p.m.** **Court in recess.**

Hearing concluded.  Total time: 31 min.