IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01225-RPM

DOMINIC PASQUALE,

      Plaintiff,

v.

OFFICER MICHAEL SPARKS,
OFFICER PEYROUSE,
OFFICER NICK ARMBRUST,
SARGENT BRET GAREGNANI, in their individual and official capacity,

      Defendants.

_____

ORDER OF DISMISSAL
_____

      Pursuant to the Stipulation for Dismissal with Prejudice [54] filed March 19, 2014, it is

      ORDERED that this action against Officer Michael Sparks, Officer Peyrouse, Officer

Nick Armbrust, and Sergeant Bret Garegnani is dismissed with prejudice, each party to pay their

own costs and attorney fees.

      Dated: March 19th, 2014

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior District Judge